UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL DOCKET NO.: 17-104 |
| v. | * | SECTION: "J" |
| JUSTIN CRAFT | * | |

\* \* \*

## FACTUAL BASIS

The above-named defendant, **JUSTIN CRAFT**, has agreed to plead guilty as charged to Counts One, Three, Nine, Ten, and Eleven of the Indictment now pending against him. Should this matter have proceeded to trial, the United States of America would have proven beyond a reasonable doubt, through the introduction of relevant, competent, and admissible testimonial, physical and demonstrative evidence, the following facts to support the allegation against the defendant, **JUSTIN CRAFT ("CRAFT")**:

Unless stated otherwise, all of the facts set forth herein occurred within the Eastern District of Louisiana.

In March of 2017, members of the NOPD/HIDTA Task Force Group 2 received information from a source of information (SOI) that three individuals including "Boppa," (identified as Justin CRAFT) distributed heroin in the area of Mandeville Street and Derbigny Street in New Orleans.

Based on information provided by the SOI and their own investigation, HIDTA officers began surveillance operations in the area of Mandeville Street and Derbigny Street. During their

1

AUSA
Defendant JC
Defense Counsel

surveillance, they observed CRAFT, together with two other individuals known to law enforcement, conduct hand-to-hand drug transactions in the area. On several occasions, officers observed all three individuals meet with each other prior to and/or after completing transactions, thus confirming their interrelationships with each other regarding their drug trafficking.

On April 11, 2017, members of the NOPD/DEA HIDTA unit along with members of the NOPD Street Gang unit conducted surveillance of Justin CRAFT in the area of Mandeville and Derbigny Street. At approximately 9:20 a.m., agents and officers observed CRAFT arrive in the area driving a blue Volvo SUV Crossover they observed him driving on several occasions. During surveillance, officers observed CRAFT meet with an unknown white male near the intersection of Mandeville Street and North Galvez Street. As CRAFT met with the unknown white male, DEA TFO Demond Lockhart observed CRAFT conduct a hand-to-hand narcotics transaction. After completing the transaction, CRAFT returned to the intersection of Mandeville Street and North Derbigny Street and parked his vehicle.

While CRAFT was seated in his parked vehicle at the intersection of Mandeville Street and North Derbigny Street, officers observed CRAFT meet with a white male subject later herein identified as "G.R." After briefly speaking with CRAFT, G.R. headed north on Mandeville Street on a bicycle followed by CRAFT in his blue Volvo to the intersection of North Roman Street and Spain Street where CRAFT pulled over and both subjects met again. While the two were meeting, officers observed CRAFT and G.R. conduct a hand-to-hand narcotics transaction. Officers observed G.R. place the object he received from CRAFT into his right front pants pocket and ride his bicycle away from CRAFT.

2

AUSA
Defendant
Defense Counsel

Officers conducted an investigatory stop of G.R. in the 1900 block of Marigny Street and advised him of his *Miranda* rights. One of the officers recovered a small bag of suspected heroin from G.R.'s front pants pocket, the same pocket in which he placed the object that he received from CRAFT. Officers arrested G.R. for possession of heroin.

In a post-arrest interview, G.R. told the officers that he received the heroin from CRAFT. Officers field tested the seized drugs which tested positive for heroin. The heroin seized from G.R. had a blueish color. The drugs were analyzed by New Orleans Police Department Drug Analyst John Hoang. The drug tested positive for heroin with a net weight of less than 0.2 grams.

On Thursday April 13, 2017, agents and officers again conducted surveillance near the intersection of Mandeville Street and North Derbigny Street. While conducting surveillance, an individual later identified as Lloyd BOLEWARE appeared to conduct a drug transaction with another individual known to law enforcement. BOLEWARE entered a vehicle which began to drive around in a surreptitious manner with BOLEWARE inside of the vehicle. Based on the on-going investigation, coupled with the agents' experience in conducting narcotics investigations, agents believed BOLEWARE was conducting a narcotics transaction.

Surveillance followed the vehicle and observed it pull over on Frenchmen Street near St. Claude Avenue where BOLEWARE exited the vehicle. The vehicle then returned to the area of Mandeville Street and North Derbigny Street. Based on their observations during the surveillance, agents conducted an investigatory stop of BOLEWARE to further investigate.

As the uniformed officers approached BOLEWARE, TFO Martin observed BOLEWARE reach into his left pants pocket with his left hand and remove an object as he attempted to flee on

3

AUSA
Defendant
Defense Counsel

foot from the uniformed officers. As he ran, BOLEWARE tripped and fell to the ground with the object in his left hand. Officers placed BOLEWARE into custody and retrieved from his hand a sandwich size clear plastic bag containing suspected heroin. Officers arrested BOLEWARE and advised him of his *Miranda* Rights. In a search incident to an arrest, officers retrieved from BOLEWARE'S right pants pocket an additional clear plastic bag containing numerous smaller clear plastic bags, each containing suspected heroin. The drugs were analyzed by New Orleans Police Department Drug Analyst William Giblin. The drug tested positive for heroin with a net weight of 17.1 grams.

Officers advised BOLEWARE of his *Miranda* rights and conducted a post-arrest interview of BOLEWARE at the New Orleans Police Department Headquarters. BOLEWARE told the officers that an individual known to law enforcement picked him up from the methadone clinic near Bienville and N. Claiborne Avenue, fronted him an ounce of heroin, and dropped him off in the area of Frenchman and St Claude Avenue. BOLEWARE added that he still owed the individual $2,800.00 for the fronted heroin.

BOLEWARE also told the agents/officers that he has known that individual for several years. BOLEWARE stated that initially he only purchased user amounts of heroin. However, for the past couple of months he was purchasing approximately one ounce of heroin a week from individuals including "Boppa" (CRAFT). BOLEWARE stated that to purchase heroin he would call telephone number 985-265-0964 and any one of three individuals, including CRAFT, would answer the phone. A consent search of BOLEWARE'S phone revealed the aforementioned telephone number and drug related text messages.

4

AUSA
Defendant JG
Defense Counsel

Based on information learned from the investigations of both BOLEWARE and CRAFT, agents applied for and obtained search warrants for CRAFT'S residence.

On April 18, 2017, members of the NOPD/DEA HIDTA Task Force Group 2 executed a search warrant at CRAFT'S residence, located at 14070 Wales Street, New Orleans, Louisiana. Upon entry, S.W.A.T. team members announced their presence and ordered the occupants of the residence into the first room (living room). After securing the residence, agents began their search.

In the living room, in plain view on an end table, were 38 individually wrapped plastic bags, each containing suspected heroin. The suspected heroin had the same blue color as the heroin seized from G.R. that CRAFT distributed to him. The drugs were analyzed by New Orleans Police Department Drug Analyst John Hoang. The drugs tested positive for heroin with a net weight of 4.9 grams.

On the kitchen counter top, agents located a blender filled with residue of suspected heroin. In the kitchen cabinet, agents recovered a mirror, a spoon, a digital scale, and a bank card, each covered with suspected heroin residue. In a kitchen drawer, agents located one 29 round capacity .40 caliber magazine (unloaded).

In a search of the master bedroom of the residence where CRAFT was located upon officers' entry into the residence, agents located one 50 round capacity 9mm drum magazine and one 50 round capacity 5.7 x 28 caliber magazine on the floor next to the bed. Agents also located the following firearms all in plain view and within immediate reach of CRAFT:

    A Stag Arms Stag 15 .223 caliber semi-automatic rifle, bearing serial number 164155, loaded with 54 live .223 caliber rounds. The rounds were distributed

5

AUSA
Defendant JC
Defense Counsel

between two 40 round capacity .223 magazines. The weapon was against the wall on the right side of the bed. This weapon had one round in the chamber and was ready to fire.

A Smith & Wesson Model SW9V 9mm semi-automatic pistol, bearing serial number PAM8280, loaded with 14 live 9mm rounds in the magazine. The weapon on the bedroom floor on the left side of the bed. This weapon had one round in the chamber and was ready to fire.

A Sig Arms .22 caliber semi-automatic pistol, bearing serial number E0018121 loaded with 10 live .22 caliber rounds. The weapon was on top of the mattress of the bed on the left side. This weapon had one round in the chamber and was ready to fire.

A Bushmaster XM15 .223 caliber semi-automatic rifle, bearing serial number BFI646054, with one 30 round capacity .223 caliber magazine. The weapon was found of the top shelf of the master bedroom closet.

A Mossberg 88 .12 gauge shotgun, bearing serial number MV36191K, with a barrel that appeared to be manually sawed off. The shotgun was loaded with 3 live .12 gauge rounds. The weapon had one round in the chamber and was ready to fire. The weapon was on the top shelf of the master bedroom closet. The door of the closet was open and the weapon was in plain view.

Agents also seized $1,026 of U.S currency (various denominations) from a purse that was in the closet in the Master bedroom.

AUSA
Defendant
Defense Counsel

CRAFT acknowledges that he possessed the firearms found in the residence. CRAFT further acknowledges that the firearms were manufactured outside the state of Louisiana and thus had to travel through interstate commerce to enter into the state of Louisiana. CRAFT also acknowledges that at the time that CRAFT possessed the firearms, he had a prior felony conviction that precluded him from possessing a firearm. CRAFT acknowledges that on July 24, 2007, he pled guilty to Possession of Crack Cocaine, in violation of LA. R.S. 40:967(C)(2), in case number 420670 in Orleans Parish Criminal District Court. He was sentenced to two years' imprisonment, suspended and two years' probation. Also, for purposes of sentencing as it pertains to the Bill of Information to Establish a Prior Felony Drug Conviction pursuant to Title 21, United States Code, Section 851(a) filed by the government, CRAFT acknowledges his conviction of this prior drug felony.

For purposes of sentencing, the Government and CRAFT agree and stipulate that CRAFT'S conduct, including the reasonably foreseeable conduct of his co-conspirators, involves at least 100 grams but less than 400 grams of heroin that he conspired to distribute and possess with intent to distribute during the course of the conspiracy.

_____     4/11/2018
ANDRE JONES                   (Date)
Assistant United States Attorney

_____ 4/11/2018    _____ 4/11/2018
ANDREW J. DUFFY           (Date)        JUSTIN CRAFT              (Date)
Attorney for Defendant                   Defendant

7

AUSA
Defendant JC
Defense Counsel