UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO. 17-104 |
| JUSTIN CRAFT | SECTION J (4) |

## J U D G M E N T

Considering the Court's Order and Reasons dated December 12, 2019, and further considering the Court's direction as to entry of judgment;

**IT IS ORDERED, ADJUDGED AND DECREED** that there be judgment in favor of the United States of America and against JUSTIN CRAFT, dismissing his petition to vacate sentence under 28 U.S.C. 2255.

New Orleans, Louisiana, this 4th day of February, 2020.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE